**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **John Neighbors,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cv-00060-SNLJ |
| **National Fire Insurance Company of Hartford,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On January 9, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Stephen N Limbaugh, Jr, U.S. District Judge.

Dated this 12th day of January, 2009.

                                                  James G. Woodward
                                                Clerk of Court

                                                By: /s/ Karen Moore
                                                Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**1:09-cv-00003-SNLJ.**